# ALEXANDER, POOLE & COMPANY, INC.

"THE ATTORNEY'S SERVICENTER"

CELEBRATING OVER 50 YEARS OF SERVICE!

P.O. Box 69 • ALBANY, NEW YORK 12201
TELEPHONE (518) 436-0895 • FAX (518) 436-7366
TAX ID # 14-1482374

**Invoice #** 1603441

February 23, 2016

Adam J. Fishbein, P.C.
483 Chestnut Street
Cedarhurst, , NY 11516

Your File No.: Joseph
Contract or SFS No.:

**Caption:** Jeremy Joseph vs Pom Recoveries Inc
Plaintiff/Petitioner
Defendant/Respondent

Date Received: 2/18/2016
Serve By Date:
Date Returnable:
Docket or ID #: 16-CV225
Court: U. S. District
County: Eastern Dist.

**Re:** Pom Recoveries Inc

Docs. Served: Summons in a Civil Action & Complaint
OR
Svc. Provided:

Date Served: 2/19/2016
Time Served:
Address Attempted:

Original:    We File:
Server: Sean Warner

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 2/18/2016 | Secretary of State Fee ($40) - Prepd byCust | $40.00 | |
| 2/19/2016 | Svc. on Secretary of State-Regular (Svc.Fee Prepaid) | $18.00 | |
| 2/18/2016 | Electronic Check Trans No. 101700706160491722286190 ( 174 ) | | $58.00 |
| | **Total Service Fees and Total Fees Prepaid:** | **$58.00** | **$58.00** |

There will be a $25.00 late charge added to all past due accounts. There will be a $35.00 fee charged for any returned check. Invoices 30 days past due will accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and reasonable attorney fees for collection of unpaid accounts.

**Amount Due =** $0.00

**Due Before:** March 24, 2016

**Remarks:**

---

Please detach and return this section with your payment or include Invoice number on your payment.
Make checks payable to Alexander Poole & Co., Inc.     *There will be a $35.00 service fee on all returned checks*
*PLEASE PAY FROM THIS INVOICE.*

We accept eChecks, PayPal, Visa, Mastercard, American Express & Discover

Adam J. Fishbein, P.C.
483 Chestnut Street

Cedarhurst,, NY 11516

FAX: 516-791-4411

Invoice•Work Order #: 1603441
Invoice Date: February 23, 2016
Attorney's ID#: A9826

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

Total Amount Due= $0.00

Amount Paid _____

Due Before:    March 24, 2016

Index # **16-CV225**

Attorney(s) Purchased/Filed: January 15, 2016

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Eastern Dist. County |

Jeremy Joseph

Plaintiff

against

Pom Recoveries Inc

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 yrs
Weight: 120lbs   Height: 5'1   Sex: female   Color of skin: white
Hair color: brown   Other:

Sean Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 19, 2016, at 12:30 PM, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons in a Civil Action & Complaint

on

**Pom Recoveries Inc**

,

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

19th day of February 2016

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Sean Warner

**Invoice·Work Order #** 1603441
Attorney File #   **Joseph**

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:   201602220421                    Cash #:   201602220400
Date of Service:  02/19/2016                 Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:   SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  POM RECOVERIES INC.


Plaintiff/Petitioner:
          JOSEPH, JEREMY



Service of Process Address:
JAMES V ARGUTTO
85 EAST HOFFMAN AVE
LINDENHURST,  NY 11757

                                             Secretary of State
                                             By  NANCY DOUGHERTY
```