**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

June 7, 2016

**VIA ECF**
The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Joseph v. POM**
**16 CV 225 (MKB) (ST)**

Dear Magistrate Judge Tiscione:

I represent the plaintiff in the above matter.   In furtherance of plaintiff's application of even date, the parties suggest the date of June 22, 2016.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Arthur Sanders